UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Case No. **BKY 16-42648**

**BW OIL LLC**

Debtor(s)                                                                                     **Chapter 11 Case**

## ORDER CLOSING CHAPTER 11 DISMISSED CASE

It appears that this case was dismissed, that no trustee was appointed or that the trustee appointed has filed a final report and account, and that there is no estate to be administered or that the estate has been fully administered.

IT IS ORDERED:  The chapter 11 trustee (if a trustee has been appointed) is discharged and the case is closed.

Dated: _____*November 7, 2016*_____

_____*/e/ Michael E. Ridgway*_____
United States Bankruptcy Judge

04/06/94;03/14/96;122909;032311;050814.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/07/2016*
Lori Vosejpka, Clerk, by CL